IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CONCETTA MANKER, PH.D,

  Plaintiff,

v.                                          Case No. 3:25-cv-00512-JAG

CITY OF HOPEWELL, MAYOR JOHNNY
PARTIN, VICE-MAYOR RITA JOYNER,
RONNIE ELLIS, AND SUSAN L. DAYE,

  Defendants.

## CITY OF HOPEWELL, MAYOR JOHNNY PARTIN, RONNIE ELLIS, AND SUSAN L. DAYE'S MOTION TO DISMISS

NOW COME Defendants City of Hopewell, Mayor Johnny Partin, Ronnie Ellis, and Susan L. Daye (collectively, "Defendants"), by counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), and move this Court to dismiss Plaintiff's Complaint against them with prejudice, as the Complaint fails to state a claim upon which relief can be granted. Defendants rely upon and incorporate their Brief in Support of this Motion to Dismiss as if fully set forth herein.

WHEREFORE, Defendants respectfully request that this Court enter an Order granting the Motion to Dismiss, and dismiss the Complaint against them with prejudice.

**CITY OF HOPEWELL, MAYOR JOHNNY PARTIN, RONNIE ELLIS, AND SUSAN L. DAYE**

By Counsel


 /s/     Melissa Y. York
Melissa Y. York (VSB No. 77493)
Blaire H. O'Brien (VSB No. 83961)
Counsel for City of Hopewell, Johnny Partin, Ronnie Ellis, and Susan L. Daye
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
myork@hccw.com
bobrien@hccw.com

# **C E R T I F I C A T E**

       I hereby certify that on the 8th day of August, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Richard F. Hawkins, III, Esq. (VSB No. 40666)
    The Hawkins Law Firm, PC
    2222 Monument Avenue
    Richmond, VA 23220
    804-308-3040 - Phone
    804-308-3132 - Fax
    rhawkins@thehawkinslawfirmpc.com

    Richard H. Matthews, Esq. (VSB No. 16318)
    Anne C. Lahren, Esq. (VSB No. 73125)
    Pender & Coward, P.C.
    222 Central Park Avenue, Suite 400
    Virginia Beach, VA 23462
    757-490-3000 - Phone
    757-490-1914 - Fax
    rmatthew@pendercoward.com
    alahren@pendercoward.com

    /s/    Melissa Y. York
    Melissa Y. York (VSB No. 77493)
    Blaire H. O'Brien (VSB No. 83961)
    Counsel for City of Hopewell, Johnny Partin,
    Ronnie Ellis, and Susan L. Daye
    Harman, Claytor, Corrigan & Wellman
    P.O. Box 70280
    Richmond, Virginia 23255
    804-747-5200 - Phone
    804-747-6085 - Fax
    myork@hccw.com
    bobrien@hccw.com