IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**CONCETTA MANKER, Ph.D.,**

      **Plaintiff,**

v.                                                                 **Civil Action No. 3:25cv512**

**CITY OF HOPEWELL, et al.,**

      **Defendants.**

## DEFENDANT VICE-MAYOR RITA JOYNER'S
## MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)

NOW COMES the Defendant Vice-Mayor Rita Joyner, by counsel, and in accordance with Fed. R. Civ. P. 12(b)(6), hereby moves to dismiss Plaintiff Concetta Manker, Ph.D's claims in her Complaint for failure to state a claim. The reasons supporting this Motion are set forth in the accompanying Memorandum of Law.

Respectfully submitted this 8th day of August, 2025.

                                                       **VICE MAYOR RITA JOYNER**

                                            By:     __/s/ Jeffrey D. Wilson_____
                                                            Of Counsel

Richard H. Matthews, Esq. (VSB No. 16318)
Anne C. Lahren, Esq. (VSB No. 73125)
Jeffrey D. Wilson, Esq. (VSB No. 75734)
PENDER & COWARD, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
Tel/Fax: (757) 490-6256 (RHM)
Tel/Fax: (757) 490-6293 (ACL)
Tel/Fax: (757) 502-7341 (JDW)

rmatthews@pendercoward.com
alahren@pendercoward.com
jwilson@pendercoward.com
*Counsel for Defendant Vice Mayor Rita Joyner*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of August, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Richard F. Hawkins, III, Esq.
The Hawkins Law Firm, PC
2222 Monument Avenue
Richmond, Virginia 23220
Telephone: (804) 308-3040
Facsimile: (804) 308-3132
rhawkins@thehawkinslawfirm.net
*Counsel for Plaintiff Concetta Manker, Ph.D.*

   /s/ Jeffrey D. Wilson_____
Richard H. Matthews, Esq. (VSB No. 16318)
Anne C. Lahren, Esq. (VSB No. 73125)
Jeffrey D. Wilson, Esq. (VSB No. 75734)
PENDER & COWARD, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
Tel/Fax: (757) 490-6256 (RHM)
Tel/Fax: (757) 490-6293 (ACL)
Tel/Fax: (757) 502-7341 (JDW)
rmatthews@pendercoward.com
alahren@pendercoward.com
jwilson@pendercoward.com