IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CONCETTA MANKER, PH.D,

  Plaintiff,

v.                                   Case No. 3:25-cv-00512-JAG

CITY OF HOPEWELL, MAYOR JOHNNY
PARTIN, VICE-MAYOR RITA JOYNER,
RONNIE ELLIS, AND SUSAN L. DAYE,

  Defendants.

## CITY OF HOPEWELL, MAYOR JOHNNY PARTIN, RONNIE ELLIS, AND SUSAN L. DAYE'S MOTION TO DISMISS FIRST AMENDED COMPLAINT

NOW COME Defendants City of Hopewell, Mayor Johnny Partin, Ronnie Ellis, and Susan L. Daye (collectively, "Defendants"), by counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), and move this Court to dismiss Plaintiff's First Amended Complaint against them with prejudice, as the First Amended Complaint fails to state a claim upon which relief can be granted. Defendants rely upon and incorporate their Brief in Support of this Motion to Dismiss as if fully set forth herein.

WHEREFORE, Defendants respectfully request that this Court enter an Order granting the Motion to Dismiss, and dismiss the First Amended Complaint against them with prejudice.

                            **CITY OF HOPEWELL, MAYOR JOHNNY PARTIN, RONNIE ELLIS, AND SUSAN L. DAYE**

                            By Counsel

 /s/      Melissa Y. York              
Melissa Y. York (VSB No. 77493)
Blaire H. O'Brien (VSB No. 83961)
Counsel for City of Hopewell, Johnny Partin, Ronnie Ellis, and Susan L. Daye
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
myork@hccw.com
bobrien@hccw.com

**C E R T I F I C A T E**

      I hereby certify that on the 12th day of September, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

      Richard F. Hawkins, III, Esq. (VSB No. 40666)
      The Hawkins Law Firm, PC
      2222 Monument Avenue
      Richmond, VA 23220
      804-308-3040 - Phone
      804-308-3132 - Fax
      rhawkins@thehawkinslawfirmpc.com

      Richard H. Matthews, Esq. (VSB No. 16318)
      Anne C. Lahren, Esq. (VSB No. 73125)
      Jeffrey D. Wilson, Esq. (VSB No. 75734)
      Pender & Coward, P.C.
      222 Central Park Avenue, Suite 400
      Virginia Beach, VA 23462
      757-490-3000 - Phone
      757-490-1914 - Fax
      rmatthew@pendercoward.com
      alahren@pendercoward.com
      jwilson@pendercoward.com

      /s/
      Melissa Y. York (VSB No. 77493)
      Blaire H. O'Brien (VSB No. 83961)
      Counsel for City of Hopewell, Johnny Partin,
      Ronnie Ellis, and Susan L. Daye
      Harman, Claytor, Corrigan & Wellman
      P.O. Box 70280
      Richmond, Virginia  23255
      804-747-5200 - Phone
      804-747-6085 - Fax
      myork@hccw.com
      bobrien@hccw.com