## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

**CONCETTA MANKER, Ph.D.,**

       **Plaintiff,**

**v.**                                                          **Civil Action No. 3:25cv512**

**CITY OF HOPEWELL, et al.,**

       **Defendants.**

### DEFENDANT VICE-MAYOR RITA JOYNER'S MOTION TO DISMISS THE AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6)

NOW COMES the Defendant Vice-Mayor Rita Joyner, by counsel, and in accordance with Fed. R. Civ. P. 12(b)(6), hereby moves to dismiss Plaintiff Concetta Manker, Ph.D's claims in her Amended Complaint (Doc. 25) for failure to state a claim. The reasons supporting this Motion are set forth in the accompanying Memorandum of Law.

Respectfully submitted this 12th day of September, 2025.

                        **VICE MAYOR RITA JOYNER**

                        By:    /s/Jeffrey D. Wilson_____
                               Of Counsel

Richard H. Matthews, Esq. (VSB No. 16318)
Anne C. Lahren, Esq. (VSB No. 73125)
Jeffrey D. Wilson, Esq. (VSB No. 75734)
PENDER & COWARD, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
Telephone: (757) 490-6256
Facsimile: (757) 490-6256

Emails:
rmatthews@pendercoward.com
alahren@pendercoward.com
jwilson@pendercoward.com
*Counsel for Defendant Vice Mayor Rita Joyner*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Richard F. Hawkins, III, Esq.
The Hawkins Law Firm, PC
2222 Monument Avenue
Richmond, Virginia 23220
Telephone: (804) 308-3040
Facsimile: (804) 308-3132
rhawkins@thehawkinslawfirm.net
*Counsel for Plaintiff Concetta Manker, Ph.D.*

Melissa Y. York (VSB No. 77493)
Blaire H. O'Brien (VSB No. 83961)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
myork@hccw.com
bobrien@hccw.com
*Counsel for City of Hopewell, Mayor Johnny Partin,*
*Ronnie Ellis, and Susan L. Daye*

/s/Jeffrey D. Wilson_____
Richard H. Matthews, Esq. (VSB No. 16318)
Anne C. Lahren, Esq. (VSB No. 73125)
Jeffrey D. Wilson, Esq. (VSB No. 75734)
PENDER & COWARD, P.C.

2

222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
Telephone: (757) 490-6256
Facsimile: (757) 490-6256
rmatthews@pendercoward.com
alahren@pendercoward.com
jwilson@pendercoward.com