IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| CONCETTA MANKER, Ph.D. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 3:25cv512 |
| | ) |
| CITY OF HOPEWELL, *et al.* | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF ADDITIONAL AUTHORITY**

Plaintiff, by counsel, hereby gives notice that at today's 3:00 p.m. hearing on Defendants' respective motions to dismiss, in addition to the numeral authorities relied upon in her opposition memoranda, she will rely on the following cases:

(1) *Barbour v. Garland*, 105 F.4th 579 (4th Cir. 2024)

(2) *Holloway v. Maryland*, 32 F.4th Cir. 293 (4th Cir. 2022); and

(3) *Muslow v. Board of Supervisors of LSU*, 2020 WL 4471519 (E.D. La. Aug. 4, 2020)

        Respectfully submitted,

        CONCETTA MANKER, Ph.D.

        By:    s/ Richard F. Hawkins, III
                  Virginia Bar Number: 40666
                  THE HAWKINS LAW FIRM, PC
                  2222 Monument Avenue
                  Richmond, Virginia 23220
                  (804) 308-3040 (telephone)
                  (804) 308-3132 (facsimile)
                  Email: rhawkins@thehawkinslawfirmpc.com

        Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF systems which will send notification of such filing to the following:

Melissa Y. York (VSB No. 77493)
Blaire H. O'Brien (VSB No. 83961)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
myork@hccw.com
bobrien@hccw.com

*Counsel for City of Hopewell, Mayor Johnny Partin, Ronnie Ellis, and Susan L. Daye*

and

Richard H. Matthews, Esq. (VSB No. 16318)
Anne C. Lahren, Esq. (VSB No. 73125)
Jeffrey D. Wilson, Esq. (VSB No. 75734)
PENDER & COWARD, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
Tel/Fax: (757) 490-6256 (RHM)
Tel/Fax: (757) 490-6293 (ACL)
Tel/Fax: (757) 502-7341 (JDW)
rmatthews@pendercoward.com
alahren@pendercoward.com
jwilson@pendercoward.com

*Counsel for Vice Mayor Rita Joyner*

                                              s/ Richard F. Hawkins, III
                                              Virginia Bar Number: 40666
                                              THE HAWKINS LAW FIRM, PC
                                              2222 Monument Avenue
                                              Richmond, Virginia 23220
                                              (804) 308-3040 (telephone)
                                              (804) 308-3132 (facsimile)

Email: rhawkins@thehawkinslawfirmpc.com

Counsel for Plaintiff

3