## UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*
<u>RICHMOND DIVISION</u>
**<u>Monday, October 20, 2025</u>**

**MINITES OF PROCEEDINGS** IN <u>  Open Court         </u>
**PRESENT**: THE HONORABLE <u>  John A. Gibney, United States District Judge</u>
Courtroom Deputy: <u>J. Jones   </u>
Reporter: <u>  Gil Halasz, OCR  </u>

| Set: 3:00 p.m.<br><br>Time in Court: 1 hour and 11 minutes | Started: 2:58 p.m. | Ended: 4:09 p.m. |
|---|---|---|

| Case No.  3:25cv512 |
|---|
|  |
| Manker, Ph.D. |
| v. |
| City of Hopewell, *et al.* |
|  |

**<u>Appearances</u>:**
<u>Plaintiff(s)</u>: Richard Hawkins, III, appeared on behalf of plaintiff.
<u>Defendant(s)</u>: Melissa York appeared on behalf of defendants City of Hopewell, Mayor Johnny Partin, Ronnie Ellis and Susan L. Daye. Anne Lahren and Jeffrey Wilson appeared on behalf of defendant Vice-Mayor Rita Joyner.

The matter came before the Court for a motion hearing on 10/20/2025 regarding [8] Motion to Dismiss for Failure to State a Claim filed by City of Hopewell, Susan L. Daye, Ronnie Ellis and Mayor Johnny Partin, [16] Motion to Dismiss for Failure to State a Claim filed by Vice-Mayor Rita Joyner, [26] Motion to Dismiss First Amended Complaint by City of Hopewell, Mayor Johnny Partin, Ronnie Ellis, and Susan L. Daye and [30] Motion to Dismiss the Amended Complaint filed by Vice-Mayor Rita Joyner. Argument of counsel. Comments and questions of Court. Court advised counsel regarding its prior involvement with City of Hopewell, should counsel wish to file something requesting recusal. The Court directed counsel to notify the Court within two weeks regarding whether the case should go to mediation. The Court is to issue an Order with its rulings. Court adjourned.