IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CONCETTA MANKER, PH.D.,
       Plaintiff,

v.                                  Civil Action No. 3:25cv512

CITY OF HOPEWELL, *et al.*,
       Defendants.

## ORDER

This matter comes before the Court on a stipulation of dismissal filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (ECF No. 52.)[1]  The parties stipulate to the following: (1) dismissal without prejudice of Counts One and Four of the first amended complaint, (ECF No. 25), and (2) dismissal with prejudice of Counts Two, Three, and Five of that complaint.  They also state that each party shall bear its own costs and fees.

The Court acknowledges the dismissal.  (ECF No. 52.)  Accordingly, the Court DISMISSES WITHOUT PREJUDICE Counts One and Four of the amended complaint and DISMISSES WITH PREJUDICE Counts Two, Three, and Five.  The Court also DENIES AS MOOT the pending motions in the case.  (ECF Nos. 8, 16, 26, 30.)  Further, the Court DIRECTS the Clerk to close the case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date:   4  March 2026
Richmond, VA

                               /s/
                   John A. Gibney, Jr.
                   Senior United States District Judge

---

[1] The stipulation states that it is "pursuant to Federal Rule 41(a)(1)(ii)." (*Id.* at 1.)  The Federal Rules do not contain a Rule 41(a)(1)(ii), but do allow dismissal pursuant to Rule 41(a)(1)(A)(ii).  Because the parties jointly filed the motion, the Court considers the stipulation filed pursuant to Rule 41(a)(1)(A)(ii), which allows for joint filing.